UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ZBOX GLOBAL, LLC,                              Case No. 25-10734

    Plaintiff,                                         F. Kay Behm
v.                                                            United States District Judge

RELIABLE AFTERMARKET PARTS, INC.,

    Defendants.
_____/

**NOTICE OF INTENT TO APPOINT**
**CHRISTOPHER G. DARROW AS A SPECIAL MASTER**

This patent infringement case raises several complex issues.  The court believes that a confidential advisor, similar to a judicial law clerk, with expertise in intellectual property law and an engineering background would provide significant assistance to the court in understanding the legal and technical issues raised in this case.  The confidential advisor would also assist in helping facilitate settlement discussions.

Pursuant to Rule 53 of the Federal Rules of Civil Procedure and the court's inherent authority, the court proposes to appoint attorney Christopher G. Darrow, a principal of Darrow Mustafa, P.C., as a special master.  In this role, Mr. Darrow would act as a confidential advisor on all matters on which the court

1

desires his assistance, including dispositive motions. In addition, the court may direct Mr. Darrow to meet and confer with the parties in an effort to resolve any dispute or motion without formal adjudication and to conduct a settlement conference. Mr. Darrow would have no power to issue any order or make any binding decision.

Mr. Darrow has been previously appointed as a special master by the undersigned, as well as other judges in this district. A copy of Mr. Darrow's curriculum vitae can be found at www.darrowmustafa.com/christopher-g-darrow. Based on the identity of the parties and counsel, Mr. Darrow believes that he does not have any conflicts of interest. His discounted hourly rate is $300, which would be payable half by Plaintiff and half by Defendants, subject to eventual shifting if the court finds that to be appropriate.

Any party objecting to this appointment must file a written objection setting forth the basis and supporting facts on or before July 9, 2025.

**SO ORDERED**.

Date: June 25, 2025                              s/F. Kay Behm
                                                 F. Kay Behm
                                                 United States District Judge